**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**HAMIDULLAH ABDUL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| HAMIDULLAH ABDUL, | No.   2:14-cv-01379-CKD |
| Plaintiff, | |
| | STIPULATION AND  ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment can be extended to December 9, 2014, and therefore that defendant's cross-motion would be due January 8, 2015.

This is the first extension.

[Pleading Title] - 1

Dated: November 19, 2014                       /s/   Jesse S. Kaplan

                                                                         JESSE S. KAPLAN
                                                                          Attorney for Plaintiff

Dated: November 19, 2014                       /s/ per e-mail authorization

                                                                           ANNABELLE YANG
                                                                          Special Assistant U.S. Attorney
                                                                          Attorney for Defendant

## ORDER

For good cause shown by stipulation, the requested extension IS GRANTED. Plaintiff's motion for summary judgment is to be filed by December 9, 2014, and defendant's cross-motion by January 8, 2015.

SO ORDERED.

Dated: November 21, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE