**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**HAMIDULLAH ABDUL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| HAMIDULLAH ABDUL, | No.   2:14-CV-01379-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| Carolyn Colvin,   Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to February 3, 2015.

This is the first extension for this brief.

Dated:  January 27, 2015                    */s/   Jesse S. Kaplan*
                                            JESSE S. KAPLAN
                                            Attorney for Plaintiff

[Pleading Title] - 1

Dated: January 27, 2015                                /s/ per e-mail authorization

                                                             ANNABELLE YANG
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

Based on the foregoing stipulation, the requested extension of plaintiff's time to file a reply brief is extended to February 3, 2015.

SO ORDERED.

Dated:  January 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2